lic Utilities Commission of Ohio. Henderson & Burr and S. B. Randall, Columbus, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

20117—State of Ohio ex rel, City of Lakewood v. Alex Bernstein et; error to Cuyahoga Appeals. W. L. David, R. G. Curren and Davis, Young and Vrooman, Cleveland, for pltf; E. C. Stanton, Cleveland, for defts.

20118—Buckeye State B. & L. Co. v. John A. Ryan; motion for Clermont Appeals to certify. Wilson & Rector, Columbus, for pltf; Murphy & Joseph, Cincinnati, for deft.

# PROCEEDINGS OF SUPREME COURT

### GENERAL DOCKET

State ex Lakewood (City) v. Bernstein et....... 20117
State ex Burke v. Brown .................... 20094

### MOTION DOCKET

State ex Burke v. Brown ..................... 20094

### PROCEEDINGS

### OHIO SUPREME COURT

### THURSDAY, SEPT. 30, 1926

### GENERAL DOCKET

20094—State. ex rel. John F. Burke v. Thad H. Brown, Secy. of State. In Prohibition. Demurrer to petition sustained on authority of State, ex rel. McCrehan, v. Brown, 108 Ohio St., 454. Marshall, C. J., Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ., concur.

### MOTION DOCKET

20094—State, ex rel. John F. Burke v. Thad H. Brown, Secy. of State. Demurrer to petition sustained.

### FRIDAY, OCT. 1, 1926

### GENERAL DOCKET

20117—State of Ohio, ex rel. City of Lakewood,, v. Alex Bernsteen et al., members of The Board of Deputy State Supervisors and Inspectors of Elections for Cuyahoga County; error to the Cuyahoga Appeals. Judgment reversed. Marshall, C. J., Day, Allen and Kinkade, JJ., concur.

# THIS WEEK'S DIGEST Cases Published in the Abstract

### 17. ACCORD AND SATISFACTION.

Where check is sent endorsed "In full settlement of an account to date" and payee notifies drawer of refusal to accept check in accordance with indorsement, but will credit same to account of drawer, and drawer does not protest that action, he cannot thereafter plead accord and satisfaction. Burton Coal Co. v. Gorman Coal Co. OA. 4 Abs. 659.

### 38. ADOPTION.

What formalities must be observed in the adoption of a child in order to cause said child to inherit real property under the natural laws of descent and distribution? Sisson v. Irish. OS. Pend. 4 Abs. 664.

### 62. ALIMONY.

Judgment for alimony bears interest by virtue of 8305 GC., and it is treated as damages for failure to pay money when ordered to be paid. Bliss v. Bliss. OA. 4 Abs. 662.

### 157. BLUE SKY LAW.

1. An owner of security who disposes of his own property for his own account is expected from the term "dealer" in 6373-2 GC.

2. An indictment setting forth an act of a defendant which clearly gives him the characteristic of an owner as defined in the statute, makes it unnecessary for him to secure a dealer's license; and such indictment fails to set forth a crime. State v. Stockman. OA. 4 Abs. 660.

### 159. BOARD OF EDUCATION.

After a contract for the services of a superintendent for a period of five years has been executed, may the Board of Education during this term increase the compensation called for by the contract to be paid to the superintendent? Lynch v. Lakewood (Bd. of Ed.). OS. Pend. 4 Abs. 667.

### 211. CAUSES OF ACTION.

Where two causes of action are contained in a petition, one based on tort and the other on contract under a lease, the lease is necessarily involved in the first cause of action and the causes are joinable as being transactions connected with the same subject of action. Oesterlein Mach. Co. v. Cinci. Stor. Battery Co. Com. Pl. 4 Abs. 669.

### 313. CORPORATIONS.

Where stock has been pledged to a bank to secure a debt and no notice of said pledge has been given to the corporation may said corporation retain the amount of dividends on said stock in payment of indebtedness of the stockholder where the consent of the stockholder is obtained? Ziegler Mill. Co. v. Second Nat. Bank. OS. Pend. 4 Abs. 666.

### 480. EVIDENCE.

Where covenant provides indefinitely for improvement on "abutting streets," extrinsic evidence may be properly introduced to show what streets were to be regarded as abutting. Oakwood Real Estate Co. v. Nolte et. OA. 4 Abs. 658.

### 494. EXTORTION.

Justice of Peace accepting check for dismissing case is guilty of extortion. Hawkins v. State. OA. 4 Abs. 663.

### 629. INDICTMENTS.

Is an indictment charging an accused with obtaining a sum of $1070.60 of personal property with the intent to defraud sufficient? Reeves v. State. OS. Pend. 4 Abs. 667.

### 633. INFANTS.

1. May the Justice of Peace render judgment against an infant where no guardian ad litem is appointed?

2. May an infant by his next friend file a petition in error in the Common Pleas Court to a judgment rendered in a Justice of Peace Court on a promissory note, the petition in error setting up the infancy of the plaintiff, when the transcript and record of the Justice of Peace Court does not make any reference to the infancy of the plaintiff in error? Hankins v. Ende et. OS. Pend. 4 Abs. 665.

### 673. JOURNAL ENTRIES.

Injunction will lie to restrain enforcement of judgment when the judgment entry recites that plaintiff is entitled to recover from "defendant" and there are two defendants in the case. Kovacs v. Armstrong et. OA. 4 Abs. 659.

### 681. JURISDICTION.

Municipal court has jurisdiction of crime occurring in Cleveland. Hawkins v. State. OA. 4 Abs. 663.

### 700. LABOR UNIONS.

May a complainant obtain an injunction against a union for peaceful picketing and attempting to cause a boycott to complainant's business? Clark Lunch Co. v. Cleve. Waiters Local. OS. Pend. 4 Abs. 669.